IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| TRYON P. SISSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 20-05101-CV-SW-BP |
| v. | ) | |
| | ) | |
| | ) | |
| MANISH PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendant KFC Corporation hereby certifies that on February 23, 2021, a true and correct copy of KFC Corporation's Rule 26(a)(1) initial disclosures was served via email on the following counsel of record:

Christopher S. Shank
Stephen J. Moore
SHANK & MOORE, LLC
1968 Shawnee Mission Pkwy, Suite 100
Mission Woods, Kansas 66205
chris@shankmoore.com
sjm@shankmoore.com

**Attorneys for Tryon P. Sisson**

Jeffrey D. Morris
Nick J. Kurt
Stephanie C. Bradshaw
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
jmorris@berkowitzoliver.com
nkurt@berkowitzoliver.com
sbradshaw@berkowitzoliver.com

**Attorneys for the Patels and Mitra Entities**

Dated: February 23, 2021　　　　　　　　**KFC Corporation**

　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Weiss*

　　　　　　　　　　　　　　　　　　Daniel J. Weiss
　　　　　　　　　　　　　　　　　　Kaitlin M. Leskovac
　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　353 North Clark Street
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654-3456
　　　　　　　　　　　　　　　　　　Telephone:　(312) 923-4517
　　　　　　　　　　　　　　　　　　Facsimile:　(312) 527-0484
　　　　　　　　　　　　　　　　　　Email: DWeiss@jenner.com
　　　　　　　　　　　　　　　　　　　　　　KLeskovac@jenner.com

　　　　　　　　　　　　　　　　　　James D. Griffin
　　　　　　　　　　　　　　　　　　Cameron E. Grant
　　　　　　　　　　　　　　　　　　SCHARNHORST AST KENNARD GRIFFIN, PC
　　　　　　　　　　　　　　　　　　1100 Walnut, Suite 1950
　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64106
　　　　　　　　　　　　　　　　　　Telephone:　(816) 268-9400
　　　　　　　　　　　　　　　　　　Facsimile:　(816) 268-9409
　　　　　　　　　　　　　　　　　　Email: JGriffin@sakg.com
　　　　　　　　　　　　　　　　　　　　　　CGrant@sakg.com

　　　　　　　　　　　　　　　　　　***Attorneys for Defendant KFC Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I caused a copy of the forgoing to be served on all counsel of record via the Court's electronic filing system.

                                                      /s/ *Daniel J. Weiss*
                                                      Daniel J. Weiss